UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2023

ANTHONY WILLS, JR., *on his own behalf and on behalf of others similarly situated*,

        Plaintiff,

-against-

CEZAR HAXHARI, et al.,

        Defendants.

1:23-cv-4840 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a First Amended Complaint, filed by Plaintiff on November 2, 2023. [ECF No. 48.] The First Amended Complaint omits Defendants Cezar Haxhari and Cezar H. LLC (collectively, "Answering Defendants"). Plaintiff previously indicated that he had reached a settlement in principle with Answering Defendants and would amend the complaint to remove those Defendants. [*See* ECF No. 46.] Accordingly, in the event that Plaintiff no longer seeks to pursue his claims against Answering Defendants, it is HEREBY ORDERED that on or before November 9, 2023, Plaintiff shall file a notice of voluntary dismissal with respect to the two Answering Defendants.

    Consistent with the Scheduling Order at ECF No. 40, any motions to dismiss the First Amended Complaint anticipated by the remaining Defendants shall be filed within 14 days.

    **Failure to comply with this Order or any Rule of this Court may result in preclusion of claims, evidence, or defenses, monetary penalties and/or dismissal of this action.**

**SO ORDERED.**

Date: November 3, 2023
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1